Ahmad Kanan
108 Highland Ave
Mansfield, MA 02048

April 11, 2023

The Honorable Judge Indira Talwani
U.S. District Court
1 COURTHOUSE WAY
BOSTON, MA 02210

RE: 23-CR-10069

The Honorable Judge Talwani,

    Petitioner is renewing his request seeking the court's approval for international travel to Egypt to obtain a certified copy of his birth certificate and to Jordan to file a claim of inheritance on his late father's property in Jordan. The petitioner is planning to travel on or around May 15, 2023 for a period not to exceed 30 days. In support of this request, the petitioner is presenting the honorable court with the following relevant information and facts *under penalty of perjury*. Also, the petitioner notes that some of this relevant information was verified by the presentencing investigation.

1. The Petitioner is currently under the supervision of the US Probation Department in the District of Massachusetts where he is residing in Mansfield, MA.

2. The petitioner's father was born in the Municipality of Nablus in the West Bank in 1943, then under the rule of Jordan and the petitioner's mother was born in Cairo, Egypt in 1949. The petitioner's father moved to Egypt around 1960 to pursue his education.

3. The Petitioner's parents met in Cairo, Egypt and were married in 1969. The petitioner was born in Cairo, Egypt in 1971. The petitioner is the oldest of 8 siblings.

4. The petitioner's family returned and settled in Jordan in the late 1980s. Where the petitioner's father worked as a university instructor until his retirement in 2006. In 2006, The petitioner's parents moved to the US and settled in Mansfield, MA.

5. The Petitioner's father passed away in Massachusetts after a period of illness in July 2022. The petitioner's father left behind land, real estate and property in Cairo, Egypt, Amman, Jordan, and Nablus (now under the Jurisdiction of the Palestinian Authority.)

1

6. The petitioner, his siblings and his mother must file claims on his late father property in Egypt and Jordan in accordance with Islamic inheritance laws. Islamic inheritance laws govern the inheritance process in Egypt and Jordan. An overview of the inheritance laws in Egypt could be found here: https://www.fao.org/gender-landrights-database/country-profiles/countries-list/national-legal-framework/inheritance-legal-mechanisms/en/?country_iso3=EGY

   The US Embassy outline of Jordan's legal system notes that "Under Jordanian law, however, Sharia law must be applied by all the courts with regard to inheritance." See: https://jo.usembassy.gov/u-s-citizen-services/local-resources-of-u-s-citizens/attorneys/jordanian-legal-system/

7. As part of inheritance process, petitioner must provide the civil court in Egypt and the religious court in Jordan with documents to prove his identity and his legitimate parental linage to his late father. Hence, as part of the claim process, the petitioner needs to provide the respective courts in Egypt and Jordan with a certified copy of his birth certificate and a certified copy of his parents' marriage certificate. For that purpose, petitioner's mother will be traveling with him to obtain a copy of the marriage certificate and file her own inheritance claim in Egypt and Jordan.

8. As the US State Department notes "Egyptian birth certificates may be obtained from the local Public Health Office of the Ministry of Municipal and Rural Affairs with jurisdiction over the place the birth occurred". Please see: https://travel.state.gov/content/travel/en/us-visas/Visa-Reciprocity-and-Civil-Documents-by-Country/Egypt.html

9. According to Jordan's official e-government web site, the requirements for a certificate of inheritance are: (evidence of the death, evidence of hereditary trait, appearance of filer, and two witnesses.) Please see: https://portal.jordan.gov.jo/wps/portal/Home/GovernmentEntities/Agencies/AgencyServiceDetails_ar/supreme%20judge%20department/services/a%20single%20legacy%20argument?lang=ar&content_id=com.ibm.workplace.wcm.api.WCM_Content/A%20single%20legacy%20argument/051e81a1-0465-4514-aa0c-bfc8225f6989/PUBLISHED

10. The petitioner's supervising US Probation Officer, Ms. Kara Lightowler does not object to this request. The petitioner has provided Ms. Lightowler with details about his travel plans and relevant information on Islamic inheritance laws and the legal requirements for the inheritance process in Jordan.

Based on the aforementioned information, the petitioner has legitimate need to travel to Egypt and Jordan. In Egypt, petitioner will obtain a copy of his birth certificate from the Cairo office of the Ministry of Municipal and Rural Affairs and then file an inheritance claim, with all supporting documents, in the civil court in Cairo. In Jordan, the petitioner will file an inheritance claim in the religious court in Amman. These steps involve official government and judicial proceedings in Egypt and Jordan. Such proceedings require that the petitioner appears in person in the government office and civil court in Cairo, Egypt and the religious court in Amman, Jordan.

Accordingly, the petitioner is requesting the court's approval to travel to Cairo, Egypt and Amman, Jordan on or around May 15, 2023, for a period of 30 days or less. The petitioner prays that the honorable court considers the necessity of this travel for the petitioner, his family and the legal process in Egypt and Jordan.

The petitioner is submitting this request under penalty of perjury.

Respectfully,

Ahmad Kanan